RECEIVED

MAY 0 4 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

No._____.

IN THE
UNITED STATES SOUTHERN DISTRICT COURT FOR IOWA

Mitchell David Schlote - PETITIONER

Vs.

STATE OF IOWA- RESPONDENT(S)


ON PETITION FOR WRIT OF CERTIORARI TO

Iowa District Court For Wapello County

PETITION FOR WRIT OF CERTIORARI

Mitchell David Schlote
526 North Green Street
Ottumwa, IA 52501
6416802034

## LIST OF PARTIES

- All parties appear in the caption of the case on the cover page
- All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgement is the subject of this petition is as follows:

State of Iowa
  Iowa Department of Public Safety's Open Records Custodian
    Nicole Schwalbach
  Iowa Department of Public Safety-Iowa State Patrol
    Sergeant Ryan Dolf
    Trooper Brian Meislahn
 Wapello County
  Wapello County District/Magistrate Court
    Judge Susan Cole
    Judge Misty White
    Judge Micheal Fisher
    Judge Ryan Mitchell
    Judge Sarah Wenke
   Wapello County Clerk of Court
   Wapello County Sheriff's Department
    Deputy Miguel Torres
    Deputy Joshua Kobes
    Dispatcher Brian Major
   Wapello County Attorney's Office
    Attorney Bryce Uhlenberg
    Assistant County Attorney Kevin Reisetter
  Progressive Insurance Company
    Heather L. Durbin
    Janelle Mundt
    Cara Schwartz

## RELATED CASES

State of Iowa v. Mitchell David Schlote NTA0080504 + STA0080503. Iowa District Court For Wapello County. a. Judgement was entered to Iowa Courts Online May 16th 2025.
b. Judgement affirmed July 24, 2025.

**TABLE OF CONTENTS**

OPINIONS BELOW ................................................................... Page 1

JURISDICTION..................................................................... Page 2

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED...............Page 3-5

STATEMENT OF THE CASE.........................................................Page 6-14

REASONS FOR GRANTING THE WRIT.............................................Page 15

CONCLUSION....................................................................Page 16

**INDEX TO APPENDICES**

APPENDIX A

Iowa District Court for Wapello County
State of Iowa v. Mitchell David Schlote
December 28th, 2024 Incident where Mitchell was rear ended.
January 7th 2025 Traffic ticket filing.
January 24th 2025 Initial Appearance.
January 24th 2025 Petition via phone and email for continuance plead not guilty for initial appearance by Mitchell Schlote.
January 24th 2025 Petition via phone/email and not guilty plea accepted/granted.
February 13th 2025 Petition via email for continuance, a probable cause finding hearing with the two State Troopers, two Sheriff, and the other alleged driver.
February, 13th Order for Continuance filed by Misty White. Petition via email accepted.
May 27th 2025 Affidavit of call.
May 27th 2025 In person Petition for Trial by Jury, witnesses, and evidence all denied by Judge Misty White.
May 27th 2025 Pretrial Conference.
May 31st 2025 Petition/requests via email asking why my preliminary hearing got waived when I did not waive it, for subpoena for chest and dash cam footage from each state employee/evidence, witnesses statements, and copy of affidavit of call filed 03/27/25.
April 14th 2025 Petition/Requests via email 2nd request for preliminary hearing, trial by jury, 2nd request for chest and dash cam footage, evidence pertaining to case, and depositions.
April 16th 2025 Non Jury Trial.
April 21st 2025 Petition/appeal filed by Mitchell Schlote for trial by jury, witnesses, evidence, and preliminary hearing. Wasn't entered by court.
April 25th 2025 Notice Appeal entered but then crossed out says entered in error.

May 1st 2025 Petition/Appeal to Wapello County Magistrate Court filed by Mitchell Schlote.

May 1st 2025 Petition/Appeal to Iowa District Court for Wapello County filed by Mitchell Schlote.

May 1st 2025 Petition/Appeal Bond Waiver filed but not entered by court.

May 1st 2025 Sentencing.

May 19th 2025 States Resistance to Petition/Appeal.

June 6th 2025 Request/Petition/Appeal for Trial by Jury filed by Mitchell Schlote.

June 6th 2025 Judge Susan Cole denied petition/appeal for trial by jury filed order matter is deemed submitted to the court.

June 23rd 2025 Petition/Appeal of States Resistance filed by Mitchell Schlote.

June 25th 2025 Petition/Motion for Discovery filed by Mitchell Schlote

June 30th 2025 Petition/Requests for trial by jury filed by Mitchell Schlote

June 30th 2025 Declaration of Independence filed by Mitchell Schlote.

July 15th 2025 Constitution of the United States (Bill of Rights) filed by Mitchell Schlote.

July 24th 2025 Notice of Non Compliance.

July 24th 2025 Order on Appeal Judgement Affirmed.

August 7th 2025 Petition/Notice in regards to fines still petitioning/appealing case filed by Mitchell Schlote.

September 22nd 2025 Notice to Suspend License

September 30th 2025 Motion for leave filed by Mitchell Schlote

October 1st 2025 Motion to Leave to proceed in forma pauperis filed by Mitchell Schlote.

October 1st 2025 Petition for rehearing filed by Mitchell Schlote

October 1st 2025 Petition/Affidavit "financial Affidavit" for Motion to leave to proceed in forma pauperis filed by Mitchell Schlote.

October 1st 2025 Petition for Writ of certiorari filed by Mitchell Schlote.

# TABLE OF AUTHORITIES CITED

CASES                                                    PAGE NUMBER

Buchanan v. Warley, 245 U.S. 60 (1917):                  pg. 7
The police power of the state must be exercised in subordination to the provisions of the
U.S. Constitution.

Boyd v. United States 16 U.S. 616 (1886):                pg. 10, 12
It is the duty of the Courts to be watchful for the Constitutional rights of the citizen and
against any stealthy encroachments thereon.

Brady v. Maryland 373 U.S. 83 (1963):                    pg. 10, 12
Supreme Court case that established that prosecutors must disclose all material
evidence favorable to defendants.

Byars v. U.S. 273 U.S. 28, 32 (1927):                    pg. 10, 12
Constitutional provisions to be liberally construed, and "it is the duty of the Courts to be
watchful for the Constitutional Rights of the citizen, and against any stealthy
encroachments thereon.

Connolly v. Union Sewer Pipe Co. pg.184 U.S. 540 (1902): pg. 7, 8, 12
With regard particularly to the U.S. Constitution it is elementary that a right secured or
protected by that document cannot be overthrown or impaired by any state police
authority.

Coffin v. United States 156 U.S. 432 (1895):             pg. 7, 12
The Supreme Court described the presumption of innocence as an "undoubted law,
axiomatic and elementary" that is a "foundation of the administration of our criminal
law".

In Re Winship 397 U.S. 358 (1970):                       pg. 7, 10, 12
The Court held the 14th amendment's due process clause requires that the government
prove every element of a crime beyond a reasonable doubt in juvenile delinquency
proceedings, a standard that extends to all criminal cases.

Taylor v. Kentucky 436 U.S. 478 (1978):                  pg. 10, 12
The Court ruled that a trial court's failure to give jury instruction on the presumption of
innocence was a violation of the Defendants 14th amendment rights.

## STATUES AND RULES

United States Code 2025

5 U.S. Code § 3331 -                                              pg. 6, 7, 8, 12
Oath of Office:

18 U.S. Code § 1113 -                                             pg. 6
Attempt to commit murder or manslaughter

28 U.S. Code § 452 -                                             pg. 13
Courts always open; powers unrestricted by expiration of sessions

18 U.S. Code § 242 -                                             pg. 7, 8, 14
Deprivation of rights under color of law

18 U.S. Code § 1503 -                                            pg. 7, 8, 14
Obstruction of Justice:

18 U.S. Code §1510-                                              pg. 7, 14
Obstruction of Criminal Investigations.

18 U.S. Code § 1513 -                                            pg. 13, 14
 Retaliating against a witness, victim, or an informant:

18 U.S. Code § 1512 -                                            pg. 8, 9, 13, 14
Tampering with a witness, victim, or an informant:

18 U.S. Code §1621 -                                             pg. 10, 14
Perjury Generally

18 U.S. Code § 1623 -                                            pg. 10
False declarations before grand jury or court

Iowa Code 2025

Oath §63.10 - Other officers.                                    pg. 6, 8, 12

Oath §63.06 - Judges.                                            pg. 6, 12

§707.11 - Attempt to commit murder    pg. 6

§716.3 Criminal mischief in the first degree.    pg. 6

§719.3 -    pg. 7, 10, 14
Preventing apprehension, obstructing prosecution, or obstructing defense

§720.2 - Perjury, contradictory statements, and retraction.    pg. 10, 14

§720.4 - Tampering with witnesses, jurors, or reporting parties.    pg. 8, 9, 14

§729.5 - Infringement Of Individual Rights    pg. 7, 8, 14

§710.7 - False imprisonment.    pg. 7

§718.6 False reports to or communications with public safety entities.    pg. 6

§321.262 Leaving scene of traffic accident    pg. 6

OTHER

Declaration of Independence 1776:    pg. 3, 6, 10, 12, 13
We hold these truths to be self-evident, that all men and women are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.

Constitution of the United States (Bill of Rights)

Amendment 1:    pg. 3, 6, 7, 10, 12
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment 4:                                                     pg. 3,  6, 7, 10, 12
The right of the people to be secure in their persons, houses, papers, and effects,
against unreasonable searches and seizures, shall not be violated, and no Warrants
shall issue, but upon probable cause, supported by Oath or affirmation, and particularly
describing the place to be searched, and the persons or things to be seized.

Amendment 5:                                                     pg. 3, 6, 7, 10, 11, 12
No person shall be held to answer for a capital, or otherwise infamous crime, unless on
a presentment or indictment of a Grand Jury, except in cases arising in the land or naval
forces, or in the Militia, when in actual service in time of War or public danger; nor shall
any person be subject for the same offence to be twice put in jeopardy of life or limb;
nor shall be compelled in any criminal case to be a witness against himself, nor be
deprived of life, liberty, or property, without due process of law; nor shall private property
be taken for public use, without just compensation.

Amendment 6:                                                     pg. 4, 10, 11, 12, 13
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public
trial, by an impartial jury of the State and district wherein the crime shall have been
committed, which district shall have been previously ascertained by law, and to be
informed of the nature and cause of the accusation; to be confronted with the witnesses
against him; to have compulsory process for obtaining witnesses in his favor, and to
have the Assistance of Counsel for his defence.

Amendment 7:                                                     pg.4, 10, 11, 12, 13
In Suits at common law, where the value in controversy shall exceed twenty dollars, the
right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise
re-examined in any Court of the United States, than according to the rules of the
common law.

Amendment 8:                                                     pg. 4, 6, 7, 8, 10, 12
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual
punishments inflicted.

Amendment 9:                                                     pg. 4, 6,10, 12
The enumeration in the Constitution, of certain rights, shall not be construed to deny or
disparage others retained by the people.

Amendment 10:                                                    pg. 4, 6, 10, 12
The powers not delegated to the United States by the Constitution, nor prohibited by it
to the States, are reserved to the States respectively, or to the people.

<u>14th Amendment to the U.S. Constitution: Civil Rights (1868)</u>     pg. 4, 6, 7, 10, 11, 12
<u>Amendment 14 Section 1</u>:
All persons born or naturalized in the United States, and subject to the jurisdiction
thereof, are citizens of the United States and of the State wherein they reside. No State
shall make or enforce any law which shall abridge the privileges or immunities of
citizens of the United States; nor shall any State deprive any person of life, liberty, or
property, without due process of law; nor deny to any person within its jurisdiction the
equal protection of the laws.

Article 1 Of the Constitution of Iowa (Bill of Rights)

<u>Rights of persons. Sec 1.</u>:                                          pg. 4, 6, 7, 10, 11, 12
All men and women are, by nature, free and equal, and have certain inalienable rights
— among which are those of enjoying and defending life and liberty, acquiring,
possessing and protecting property, and pursuing and obtaining safety and happiness.

<u>Political power. Sec 2</u>:                                           pg. 5, 10, 12
All political power is inherent in the people. Government is instituted for the protection,
security, and benefit of the people, and they have the right, at all times, to alter or reform
the same, whenever the public good may require it.

<u>Personal security - searches and seizures. SEC. 8.</u>:           pg. 5, 6, 7, 10, 12
The right of the people to be secure, In their persons, houses, papers and effects,
against unreasonable seizures and searches shall not be violated; and no warrant shall
issue but on probable cause, supported by oath or affirmation, particularly describing
the place to be searched, and the persons and things to be seized.

<u>Right of trial by jury - due process of law. SEC. 9.</u>:          pg. 5, 10, 11, 12, 13
The right of trial by jury shall remain inviolate; but the General Assembly may authorize
trial by a jury of a number  less than twelve men in inferior courts; but no person shall be
deprived of life, liberty, or property, without due process of law.

<u>Rights of person accused. SEC. 10</u>:                            pg. 5, 7, 13
In all criminal prosecutions, and in cases involving the life, or liberty of an individual the
accused shall have a right to a speedy and public trial by an impartial jury; to be
informed of the accusation against him, to have a copy of the same when demanded; to
be confronted with the witnesses against him; to have compulsory process for his
witnesses; and, to have the assistance of counsel.

Bail — punishments. SEC. 17.:                                      pg. 5, 7, 10, 12
Excessive bail shall not be required; excessive fines shall not be imposed, and cruel
and unusual punishment shall not be inflicted.

Eminent domain. SEC. 18.:                                         pg. 5, 10, 12
Private property shall not be taken for public use without just compensation first being
made, or secured to be made to the owner thereof, as soon as the damages shall be
assessed by a jury, who shall not take into consideration any advantages that may
result to said owner on account of the improvement for which it is taken.

Right of assemblage - petition. SEC. 20.:                         pg. 5, 7, 10, 12
The people have the right freely to assemble together to counsel for the common good;
to make known their opinions to their representatives and to petition for a redress of
grievances.

Rights reserved. SEC. 25.:                                        pg. 5, 6, 10, 12
This enumeration of rights shall not be construed to impair or deny others, retained by
the people.

American Jurisprudence

16 Am. Jur. 2d § 70:                                              pg. 10, 13
No public policy of the state can be allowed to override the positive guarantees of the
U.S. Constitution.

16 Am. Jur. 2d, § 177 late 2d, § 256:                             pg.10, 13
"The general misconception is that any statute passed by legislators bearing the
appearance of law constitutes the law of the land."

II Am. Jur. (1st) Constitutional Law,§. 329, p. 1135             pg. 6
"The right of a citizen to travel upon the public highways and to transport his property
thereon, by horsedrawn carriage, wagon, or automobile, is not a mere privilege which
may be permitted or prohibited at will, but a common right which he has under his right
to life, liberty and the pursuit of happiness. Under this constitutional guarantee one may,
therefore, under normal conditions, travel at his inclination along the public highways or
in public places, and while conducting himself in an orderly and decent manner, neither
interfering with nor disturbing another's rights, he will be protected, not only in his
person, but in his safe conduct."



RECEIVED

MAY 0 4 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE
UNITED STATES SOUTHERN DISTRICT COURT FOR IOWA

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgement below

## OPINIONS BELOW

☐ For cases from **federal courts:**

The opinion of the United States Court of appeals appears at Appendix___to the petition and is

☐ reported at_____; or,
☐ has been designated for publication but is not yet reported; or,
☐ is unpublished.

The opinion of the United States District Court  appears at Appendix___to the petition and is

☐ reported at_____; or,
☐ has been designated for publication but is not yet reported; or,
☐ is unpublished.

☐ For cases from **state courts:**

The opinion of the highest state court to review the merits appears at
Appendix _____to the petition is
☐ reported at_____; or,
☐ has been designated for publication but is not yet reported; or,
☐ is unpublished.

The opinion of the _____court
appears at Appendix _____to the petition and is
☐ reported at _____; or,
☐ has been designated for publication but is not yet reported; or,
☐ is unpublished.

1

## JURISDICTION

☐ For cases from **federal courts**:

The date on which the United States Court of Appeals decided on my case was _____.

☐ No petition for rehearing was timely filed in my case.

☐ A timely petition for rehearing was denied by the United States Court of Appeals on the following date:_____, and a copy of the order accepting  petitions appears at Appendix_____.

☐ An extension of time to file the petition for writ of certiorari was granted to and including_____(date) on_____(date) In Application No._____A_____.

The jurisdiction of the court is invoked under 28 U.S.C. § 1254(1).


☐ For cases from **state courts:**

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix___G_____.


☐ A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix_____.

☐ An extension of time to file the petition for writ of certiorari was granted to and including_____(date) on_____(date) In Application No._____A_____.

The jurisdiction of the court is invoked under 28 U.S.C. § 1257(a).

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

### Declaration of Independence

We hold these truths to be self-evident, that all men and women  are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.

### Constitution of the United States (Bill of Rights)

Amendment 1:
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment 4:
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Amendment 5:
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment 6:
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Amendment 7:
In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Amendment 8:
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Amendment 9:
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Amendment 10:
The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

14th Amendment to the U.S. Constitution: Civil Rights (1868)
SEC. 1 All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Clears all recordings for violating safety of a citizen of the United States when a state officer attempted to murder Mitchell that was domestic terrorism ad well as the acts committed by the Iowa District court for wapello county.

Constitution of Iowa (Bill of Rights) Article 1

Rights of persons. Sec 1. All men and women are, by nature, free and equal, and have certain inalienable rights — among which are those of enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining safety and happiness.

Political power. Sec 2:  All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people, and they have the right, at all times, to alter or reform the same, whenever the public good may require it.

Personal security — searches and seizures. SEC. 8. The right of the people to be secure, in their persons, houses, papers and effects, against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched, and the persons and things to be seized.

Right of trial by jury — due process of law. SEC. 9. The right of trial by jury shall remain inviolate; but the General Assembly may authorize trial by a jury of a number  less than twelve men in inferior courts; but no person shall be deprived of life, liberty, or property, without due process of law.

Rights of person accused. SEC. 10. In all criminal prosecutions, and in cases involving the life, or liberty of an individual the accused shall have a right to a speedy and public trial by an impartial jury; to be informed of the accusation against him, to have a copy of the same when demanded; to be confronted with the witnesses against him; to have compulsory process for his witnesses; and, to have the assistance of counsel.

Bail — punishments. SEC. 17. Excessive bail shall not be required; excessive fines shall not be imposed, and cruel and unusual punishment shall not be inflicted.

Eminent domain. SEC. 18. Private property shall not be taken for public use without just compensation first being made, or secured to be made to the owner thereof, as soon as the damages shall be assessed by a jury, who shall not take into consideration any advantages that may result to said owner on account of the improvement for which it is taken.

Imprisonment for debt. SEC. 19. No person shall be imprisoned for debt in any civil action, on mesne or final process, unless in case of fraud; and no person shall be imprisoned for a militia fine in time of peace.

5

Right of assemblage — petition. SEC. 20. The people have the right freely to assemble together to counsel for the common good; to make known their opinions to their representatives and to petition for a redress of grievances.

Rights reserved. SEC. 25. This enumeration of rights shall not be construed to impair or deny others, retained by the people.

## STATEMENT OF THE CASE

1. I, Mitchell David Schlote on 12/28/2024 between 19:00-21:00 was out for a drive because I like to drive which helps with stress and was freely exercising my right to travel see; Article 1 Section 1, 8, 25  of the Iowa Constitution, Declaration of Independence, 4th,5th,  9th, and 10th  Amendments of the U.S. Constitution (Bill of Rights), and 1st Am. Jur. Constitutional law Sec 329 pg 1135. It was dark out so I had my headlights on which I am really careful driving and follow all the laws because I am a father. I, Mitchell David Schlote was looking for a spot to turn around. I had driven long enough and was ready to get home and I did not want to drive to the next city to turn around. I was driving just past Agency Iowa on highway 34 headed east bound in the left lane going about 30 mph since I was looking for a spot to turn around when out of nowhere I was rear ended by someone with their headlights off. The vehicle that hit me sent my car spinning 180° across the grass median into the left lane of highway 34 heading west bound. I pressed on the gas more than what I had been while driving at approximately 30 mph after being rear ended. I was in fear for my life and wanted to get to safety; see the Article 1 Section 1 of the Iowa Constitution Bill of Rights and Declaration of Independence.

While attempting to get to safety I was rear ended 3 more times the 4th time I was rear ended and sent my car off the road into the post of a road sign. I was absolutely terrified being rear ended like that.  I have reason to believe someone was  attempting to end my life and have reason to believe they violated Title 18 U.S. Code § 1113 - Attempt to commit murder or manslaughter,  Iowa Code §707.11 - Attempt to commit murder, and Iowa Code §321.262 Leaving scene of traffic accident.

My vehicle didn't hit the post very hard but I do believe it was hard enough to crack my front bumper. I'm unsure about the damage to the front bumper because I was terrified, in shock, and really didn't examine my front bumper.  I don't believe there was significant damage to the front of my car and I know there wasn't any damage to the post. The rear end of my vehicle was smashed severely  and my trunk was smashed into the  back seat. The rear bumper was smashed to the rear tires to where the bumper was rubbing on the rear passenger tire. From the photograph of my vehicle I can see where the rear bumper was rubbing on the rear passenger tire in two different locations which I believe proves that I was rear ended multiple times. I have reason to believe

6

whoever rear ended me also  violated Iowa Code §716.3 1st Degree Criminal Mischief. I am very grateful my son was not with me.

After 10 minutes of panicking trying to find my phone, terrified for my life, I found my phone. I grabbed my phone and opened the door of my car to get to  safety and call someone for help; see 4th amendment of the U.S. Constitution and Article 1 Sec. 1 and 8 of the Iowa Constitution. I called my mom Angela Cremer because she's the first person I thought of to call for help. I told my mom the best I could what had happened and my location.

Still on the phone with my mom Angela Cremer (our phone call stayed connected until we left where my vehicle ended against the post between 21:00 and 22:00). After walking for about 5-10 minutes an Iowa State Patrol Trooper Brian Meislahn Badge# 414 pulled up behind me and stepped out of his SUV and asked me what I was doing. I exercised my 1st amendment right of the Constitution and my right to petition Article 1 section 20 of the Iowa Constitution when I tried explaining/petitioning to the Iowa Department of Public Safety's Iowa State Patrol Trooper Brian Meislahn badge #414 to let him know what had happened and how I had been rear ended multiple times but he disregarded what I said.

I have reason to believe that there was a false report made in violation of Iowa Code §718.6 False reports to or communications with public safety entities. The reason I believe someone made a false report is the way Trooper Brian Meislahn responded.

I have reason to believe Trooper Brian Meislahn failed to uphold his oath to support and defend the Constitution; see Title 5 U.S.C §3331 and Iowa Code §63.10.

I then asked Trooper Brian Meislahn  if I was being detained since he disregarded my petition for help and acted like it didn't matter I was rear ended 4 times. Trooper Brian Meislahn proceeded to say " yes". I asked Trooper Brian Meislahn why I was being detained, he said "I don't know until we figure out what's going on" then proceeded to detain me and put me in handcuffs which he did not state why he had beyond reasonable doubt to detain me. I have reason to believe being detained just then was in violation of my constitutional rights see; section 1, 8, 9, 17, and 20 Iowa Constitution (Bill of Rights), also my 1st, 4th, 5th, 8th, and 14th amendment rights of the U.S. Constitution.

My rights were denied in a case of safety where someone attempted to take my life by rear ending me 4 times. I believe this could  begin to set a standard for what's acceptable with other courts and authorities, then all citizens are at risk to the same denial of rights in matters of public safety. I have reason to believe this is a matter of national importance.

I have reason to believe that The Iowa Department of Public Safety's Iowa State Patrol Brian Meislahn Badge# 414 violated Title 18 U.S. Code § 242 - Deprivation of rights, Title 18 U.S. Code § 1503 - Obstruction of Justice, 18 U.S. Code §1510 - Obstruction of Criminal Investigations and Iowa Code 2025: §729.5 - Infringement Of Individual Rights,

7

§710.7 - False imprisonment, Obstructing Justice, and §719.3 - Preventing apprehension, obstructing prosecution, or obstructing defense, by doing the following ignoring/disregarding my petition for help in the situation where I was rear ended 4 times and in fear for my life, by detaining me, and by ignoring the differences in the damages between my vehicle and the other alleged driver's vehicle. Trooper Brian Meislahn said I was only rear ended once.

I am referencing the following cases; Buchanan v. Warley, 245 U.S. 60, Coffin v. United States 156 U.S. 432, In Re Winship, 397 U.S. 358, and Connolly v. Union Sewer Pipe Co. pg.184 U.S. 540  because I have constitutional rights secured by the U.S. Constitution (Bill of Rights) and also I should be presumed innocent especially when someone rear ended me attempting to end my life.

I believe that my 8th amendment right of the U.S. Constitution (Bill of Rights) was violated by the cruel and unusual punishment I was receiving when my petition for help was disregarded. I did nothing wrong. I was looking for safety and instead was detained without probable cause.

Trooper Meislahn told me to sit in the front seat of his suv. I complied since he had a gun and what else was I supposed to do, I was fearful and in shock after being rear ended 4 times.

My mom Angela Cremer had showed up about 10-20 minutes after Trooper Brian Meislahn detained me, put me in handcuffs, and told me to get in his suv. My mother asked me if I was ok, with me in shock of what happened I don't quite remember what my response was.

After sitting there for some time Trooper Meislahn returned to his vehicle and drove us back to where my vehicle was resting against the post. By then there were two Wapello County Sheriff Deputies who had shown up to where my vehicle was. After sitting in Trooper Brian Meislahn's suv  for an unknown amount of time due to me being in shock and not having a way to tell time, I was given a breathalyzer which I blew all zeros. After a little while longer Trooper Meislahn asked me to step out of his suv I was then taken out of handcuffs. I was then given two more standard field sobriety tests by Trooper Brian Meislahn and passed both being I was not intoxicated. The other two sobriety tests that were administered were the walk and turn test and a one leg stand test. While standing there and listening to the two Wapello County Sheriff Deputies Miguel Torres and Joshua Kobes who were laughing while in an extra elated mood talking about how they could claim the incident played out. I was highly offended as I felt someone had tried to end my life. I was still partially in shock which was made worse by the actions/reactions  of the "authorities"  after me being rear ended four times and wondered as to why no one believed me and to why they were acting so strange. With the actions of both Wapello County Sheriff Deputies Miguel Torres and Joshua Kobes laughing and joking about how the incident where I was rear ended 4 times, I have reason to believe the Deputies actions are in violation of U.S.C. 2025: 18 U.S.C §1503 -

8

Obstruction of Justice, 18 U.S.C §1510 - Obstruction of Criminal Investigations, 18 U.S. Code § 242 - Deprivation of Rights 18 U.S. Code § 1512 - Tampering with a witness, victim, or informant, and Iowa Code 2025: §720.4 - Tampering with witnesses, jurors, or reporting parties, §729.5 - Infringement Of Individual Rights. I have reason to believe both Sheriff Deputies failed to uphold their oath to support and defend the Constitution see; 5 U.S. Code § 3331 and Iowa Code Oath §63.10.

There was a second Iowa State Trooper who arrived with Brian Meislahn, I did not catch his name. Darens Towing had showed up and was loading my vehicle to be towed due to damages. I was in shock still and would have called Triple A to have it towed.

I did not get a chance to make that phone call with everything going on with  the "authorities" disregarding what had actually happened to me being rear ended 4 times. I was told by Iowa State Patrol Brian Meislahn that Dana Anne Blunt, the driver of a black 2007 Cadillac Escalade Suv, was the person who rear ended me and it was only once that I was rear ended. Trooper  Brain Meislahn said something about Dana Blunt's husband being a passenger with her, he was not listed as a witness nor as a passenger on the investigative officers report. Brian Meislahn also said something about how Dana Blunt had tried to follow me which didn't make sense. I would like to make note that Trooper Brian Meislahn at times seemed slightly confused and forgetful.

One of the State Troopers had gotten photos of my vehicle and Dana Blunt's vehicle that was down the road on a personal car trailer.

Brian Meislahn asked me if I wanted to go with him to go make the insurance exchange. I told him no. Since I was so shaken up by what had happened, someone attempting to end  my life and the "authorities" doing nothing, some of them even laughing. I did not want to go with him. Trooper Brian Meislahn then  requested my  insurance information which I gave him a copy of insurance. Trooper Brian Meislahn said he would make the exchange with the "other driver" Dana Anne Blunt. Trooper Brian Meislahn then  asked for my personal information (phone number and home address) I gave Trooper Brian Meislahn the requested information he said I could leave now.

My mother and I left. We got home between approximately 21:30 - 22:30 12/28/24. Just randomly a 8th Judicial District Parole vehicle had driven by not sure what that was about.

Iowa Department of Public Safety's Iowa State Patrol Trooper Brian Meislahn showed up at my home address shortly after my mom and I got home at 526 North Green Street Ottumwa IA 52501. Trooper Brian Meislahn gave me the two original paper  traffic citations, one for stopped on a public roadway and failure to provide insurance information while leaving the scene of an accident. Trooper Meislahn proceeded to ask me "do you mind if I say something from a father to son point of view" paused "just to be blunt your out of a vehicle". I have reason to believe Trooper Brian Meislahn violated 18 U.S. Code § 1513, and Iowa Code §720.4.

9

2. I have reason to believe the Iowa District Court for Wapello County willfully deprived Mitchell Schlote of life, liberty, property, and safety in a matter where the court could have taken action to find out who rear ended me 4 times and possibly attempted to take my life. I have reason to believe holding a non jury trial was not in the best interest of Mitchell David Schlote, was not in the best interest of Justice, nor was within due process of law.

I have reason to believe the Iowa District Court for Wapello County violated, denied, and deprived Mitchell Schlote of his rights secured by the 1st, 4th, 6th, 7th, 8th, 9th,10th, and 14th Amendment rights of the U.S. Constitution, Article 1: Section 1, 2, 8, 9,17,18, 20, and 25 of the Iowa Constitution, and the Declaration of Independence by not helping Mitchell Schlote find out who rear ended him 4 times, attempted at his life, and destroyed his vehicle. Which will be explained in the following paragraphs.

I carried out my own investigation for a while trying to gather the evidence needed for court outside of the court room. When I reached out to Dana Blunt to ask about the incident she said it's all taken care of with progressive. I called Trooper Brian Meislahn to ask questions about the night of the incident he declined to answer. On 01/28/25 I emailed the Iowa Department of Public safety at recordsrequest@dps.state.ia.us requesting information regarding the night of the incident 12/28/24 Nicole Schwalbach responded with contact the county attorney. I went to the Wapello County Sheriff's Department requesting the chest and dash cam footage and was given a form to pay for a copy but later figured the courts would just admit it into evidence at no cost being I had no job because someone attempted to take my life and destroyed my vehicle. On 04/20/25 I went to the Wapello County Courthouse to find out where a physical copy of the Iowa law is so I could work on my case. I was on I believe 3rd floor of the courthouse looking and saw some copied of Iowa law. I noticed an office door right next to the books was open I asked the gal at the desk about them she but she was unsure about the law books. Just then a judge popped his head out of a courtroom to see what was going on. The gal mentioned the law books and the "judge" told me I could copy them but was rude. I asked the "judge" what his name was and he said dick fitzwell. The "judge" went back into the district courtroom. II was highly offended by the judges remark because I know there isn't a judge named what he identified as. I even looked on the Iowa Judicial Branch's Website. I then proceeded to go to the police department to file a report. The officer I spoke with told me that he didn't know who was above a judge and that it was not a legal matter, it was a civil matter.

I'm referencing the following cases Boyd v. United States 16 U.S. 616, Taylor v. Kentucky 436 U.S. 478, Brady v. Maryland 373 U.S. 83, Coffin v. United States 156 U.S. 432, In Re Winship 397 U.S. 358, and Byars v. U.S. 273 U.S. 28, 32 because the Iowa District Court For Wapello County denied all my petitions for evidence, witnesses, and a

10

trial by jury. The courts needed evidence to prove beyond reasonable doubt that I was guilty but they did not have any first hand witnesses to the incident at trial to make statements under oath with penalty of perjury nor did they hold a trial by jury of an impartial (unbiased) jury which I have a Constitutional right to. Also see; 16 Am. Jur. 2d § 70, and 16 Am. Jur. 2d, § 177 late 2d, § 256.

According to the 6th and 7th amendment of the US Constitution and Article 1 sec. 9 and 10 of the Iowa Constitution I have a right to trial by jury; a trial by jury is due process of law. According to the 5th and 14th amendment to the U.S. Constitution and Article 1 sec. 1 and 10 of the Iowa Constitution I cannot be deprived of life, liberty, or property without due process of law, which I was denied due process of law. Also see; Iowa Constitution Article 1 Section 9 Right to trial by jury is due process of law and Article 1 Section 10 in ALL criminal prosecutions the defendant has a right to trial by an impartial (unbiased) jury which Mitchell Schlote was denied by the Iowa District Court of Wapello County.

On 03/27/25, 03/31/25, 04/14/25, 04/21/25, 04/24/25, 05/01/25, 06/06/25, 06/23/25, 06/25/25, 06/30/25, 08/11/25, 09/11/25, and 09/16/25 I, Mitchell David Schlote filed petitions/appeals/requested with Iowa District Court For Wapello County for trial by jury, the following witnesses to be made available for trial by jury to give statements under oath with penalty of perjury (Dana Anne Blunt who allegedly rear ended Mitchell, Benjamin Ogle, the unidentified off duty Iowa State Trooper, Iowa Department of Public Safety's-Iowa State Patrol Sergeant Ryan Dolf, Iowa Department of Public Safety's-Iowa State Patrol Brian Meislahn, Wapello County Sheriff's Deputy Joshua Kobes, Wapello County Sheriff's Deputy Miguel Torres, Wapello County Dispatcher Brian Major, Owner of Daren's Towing Daren Dawson, Progressive's Claims Generalist Heather Durbin). I was denied all witnesses besides Trooper Meislahn who the courts already had him as their witness.

I have reason to believe Trooper Meislahn violated 18 U.S. Code § 1623, 18 U.S. Code §1621, and Iowa Code §719.3, §720.2 with his testimony given under oath.

Who was the unidentified off duty State Trooper and who is Benjamin Ogle? Why wouldn't the courts allow me to have the requested witnesses available in court, especially the witness who allegedly was a part of the incident where I was rear ended.

Mitchell Schlote also petitioned for the following evidence to be entered into the court case for trial the chest and dash cam footage/recordings the night of 12/28/24 from Iowa Department of Public Safety's-Iowa State Patrol Brian Meislahn and the other on duty State Trooper Wapello County Sheriff's Department Deputies Miguel Torres and Joshua Kobes, the photographs of both Mitchell David Schlote's 2003 red Pontiac Sunfire which was rear ended and Dana Anne Blunts 2007 Black Cadillac Escalade Suv, any photographs taken of the scene of the incident that occurred 12/28/24, the follow up

11

investigative report conducted by Iowa Department of Public Safety's-Iowa State Patrol Sergeant Ryan Dolf. I was denied all of the evidence requested.

I petitioned and asked how fault was determined, how the diagram narrative was determined (because it doesn't make sense especially with the diagram showing my vehicle in the right lane of a two lane highway and getting rear ended and going across two lanes onto the west bound part of the highway and the damage to Danna Anne Blunts vehicle is to her passenger side upper headlight), were there heavy tire tread marks matching with the proposed narrative, were there any scuff marks or paint from either Mitchell Schlote's vehicle or Dana Blunt's vehicle on the opposite vehicle, was either airbag deployed especially with a 65 mph speed limit, was the other driver wearing corrective lenses its mentioned on the investigative officers report that Dana Anne Blunt has a restriction on her license requiring her to wear corrective lenses, and were ride heights determined and damage heights matched between both vehicles.

On 03/27/25 I petitioned the government for a redress of grievances in person during court asking  Judge Misty White for depositions, trial by jury, witnesses to be made available, and chest and dash cam footage from all state employees involved in the incident 12/28/24 to be entered as evidence.
I believe that I was willfully deprived/denied of my 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 14th amendment rights of the United States Constitution (Bill of Rights), Article 1 Section 1, 2, 8, 9, 10, 17, 18, 20, and 25 of the Iowa Constitution, and the Declaration of Independence by the Iowa District Court for Wapello County. I believe the denial, deprivation, and violation of my rights by the Iowa District Court For Wapello County is cruel and unusual punishment which violates my 8th amendment right of the Constitution of the United States (Bill of Rights).

I am referencing the following cases Brady v. Maryland 373 U.S. 83,  Boyd v. United States 16 U.S. 616, Byars v. U.S. 273 U.S. 28, 32 , Coffin v. United States 156 U.S. 432, Connolly v. Union Sewer Pipe Co. pg.184 U.S. 540, In Re Winship 397 U.S. 358, and Taylor v. Kentucky 436 U.S. 478  because I believe the State of Iowa's District Court For Wapello County willfully  violated, denied, and deprived Mitchell David Schlote of his Constitutional Rights and if that happens to one citizen then that would begin to  set a standard for other citizens to be in a place to lose constitutional rights by the state this is a matter of national importance.

I have reason to believe Judge Misty White,  Judge Susan Cole, Judge Ryan Mitchell, Judge Micheal Fisher, Judge Ssrah Wenke, Attorney Bryce Uhlenberg, Assistant County Attorney Kevin Reisetter failed to uphold their oath to support and defend the Constitution see; 5 U.S. Code § 3331 and Iowa Code §63.06 and §63.10.

I would like to specifically reference Taylor v. Kentucky 436 U.S. 478 because the trial court failed to give jury instruction on the presumption of innocence was a violation of the Defendants 14th amendment rights which I was never given the chance for a trial by jury which I have a right to in the referenced case. A trial by jury is meant to prevent people from getting imprisoned with no evidence.

I am referencing 16 Am. Jur. 2d § 70 and 16 Am. Jur. 2d, § 177 late 2d, § 256 because the States Resistance to Defendants appeal filed by Bryce Uhlenberg on line 5, 6, 7, 8, 9, 10, 11, 12, and 13 the courts just use rules, procedures, and construed due process of law to deny Mitchell Schlote of his Constitutional rights contained, secured, and protected by the Constitution of the United States (Bill of Rights), Declaration of Independence, and Article 1 of Iowa Constitution (Bill of Rights).

I would like to point out the only evidence the Iowa District Court For Wapello County had which were two minor traffic citations and the testimony by Iowa Department of Public Safety's-Iowa State Patrol Brian Meislahn was about everything that occurred after the incident he did not state that he witnessed the incident. The statements he made as testimony under oath that Dana Anne Blunt and the unidentified off duty Iowa State Trooper allegedly said are just hearsay since they were not available in court to make statements under oath with penalty of perjury to recall what happened the night of the incident where Mitchell Schlote was rear ended 4 times.
I would like to point out the time discrepancies with Trooper Brian Meislahn saying it was dark at the time he got the the scene allegedly at 5:39 pm it doesn't get dark till closer to 7:00pm. The digital copy of the traffic citations of stopping on a public roadway and leave scene of an accident failure to provide insurance information say 9:23pm.
I would like to point out that during trial Trooper Brian Meislahn said Mitchell Schlotes lights were still on, but Trooper Brian Meislahn also states that the unidentified off duty Iowa State Trooper and Dana Blunt told him that Mitchell Schlote's lights were off.

According to the Art. 1 Sec. 9 and 10 of the Iowa Constitution and the 6th and 7th Amendment of the Constitution of the United States (Bill of Rights) I have a right to be confronted by the witnesses in trial and evidence. Judge Misty White denied a trial by jury, she denied witnesses to be available for court, and she denied evidence I requested for court.
On 06/19/2025 Judge Susan Cole filed a response to Mitchell David Schlote's petitions/appeals that the briefing period had expired. I would like to point out Title 28 U.S. Code § 452 Courts always open powers unrestricted by expiration of sessions.
06/25/25 Mitchell David Schlote filed a petition/motion for discovery.
On 06/30/25 Mitchell filed a petition/request for trial by jury.

13

On 07/24/25 A notice of non compliance was filed.

On 07/24/25 Judge Susan Cole an order on appeal that judgement of Magistrate Court is affirmed. I would like to reference to Title 28 U.S.C. 452 Courts always open powers unrestricted by expiration of sessions.

09/22/25 notice of suspension of license was filed I have reason to believe is in violation of 18 U.S. Code §1512 and 1513. On 09/30/25 Mitchell Schlote filed a motion for leave due to bias of the Iowa District Court for Wapello County.

I would like to point out that some of my final petitions I filed with both Wapello County Magistrate Court and with the Wapello County District Court. I tried to get these cases moved somewhere else and was not allowed.

By the actions in regards to case # NTA0080504 and STA0080503 Mitchell Schlote has reason to believe that Judge Misty White, Judge Ryan Mitchell, Judge Sarah Wenke, Judge Susan Cole, Judge Micheal Fisher, Attorney Bryce Uhlenberg, and Assistant County Attorney Kevin Reisetter  violated U.S.C 2025: 18 U.S. Code  § 242 - Deprivation of Rights, 18 U.S. Code §1621 - Perjury, 18 U.S. Code §1503 - Obstruction of Justice, 18 U.S. Code §1510 - Obstruction of Criminal Investigations, 18 U.S. Code 1512 - Tampering with a witness, victim, or informant, 18 U.S. Code § 1513 - Retaliation against a witness, victim, or informant, and Iowa Code 2025: §729.5 - Infringement Of Individual Rights, Obstructing Justice §719.3 - Preventing apprehension, obstructing prosecution, or obstructing defense, Interference With Judicial Process, §720.2 - Perjury, contradictory statements, and retraction, Interference With Judicial Process, §720.4 - Tampering with witnesses, jurors, or reporting parties.

14

## REASONS FOR GRANTING THE WRIT

1. Because in the founding documents of our country the United States The Declaration of Independence states "That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness".

2. To prevent further Deprivation of Constitutional Rights by State authorities and State courts, this is not only for myself but also for every citizen's safety and protection from loss of freedoms by loss of rights.

3. To help prevent further retaliation that I have faced with an unlawful arrest. I've also faced retaliation and straight denial of rights, the truth, and justice in this case and another in the same County. If the authorities and Iowa District Court for Wapello County are allowed to get away with this they will think they can do it to other citizens.

4. To help prevent further Obstruction of Justice by the Iowa District Court for Wapello County and to find out the truth of what really happened and why the Iowa District Court for Wapello County is working so hard to cover the whole situation up.

5. To help point out and legally remove the corruption with the hiding of the truth by the Iowa District Court for Wapello County that's occurring which is a matter of national importance.

6. For just compensation for what happened to my vehicle and the trauma/damage caused by someone rear ending me 4 times. The trauma/damage caused by the Iowa Department of Public Safety's Iowa State Patrol denying the truth and my constitutional rights. The trauma/damage caused by the Iowa District Courts for Wapello County denying my constitutional rights, the truth, and the retaliation im facing from the court. The trauma/damage from the Wapello County Sheriff's Deputies laughing and having a good time joking about how they could portray me getting rear ended. I have also been dealing with the trauma from retaliation by the local city authorities.

7. According to the Title 28 U.S. Code 452 the courts are always open unrestricted by expiration of sessions.

8. I believe there are biases in the State of Iowa Courts due to the nature of the case involving State of Iowa government organizations as Defendant.

9. The Iowa District Court for Wapello County, City of Ottumwa vs. Mitchell Schlote Case #SMSM054105 is doing the same thing with thus case of a false arrest out of retaliation.

15

My rights were denied by the Iowa Department of Public Safety Iowa State Patrol and the Iowa District Court for Wapello County in a case of safety where someone attempted to take my life by rear ending me 4 times. I believe this could begin to set a standard for what's acceptable with other courts and authorities, then all citizens are at risk to the same denial of rights in matters of public safety. I have reason to believe this is a matter of national importance.

I have reason to believe Iowa District Court For Wapello County has a bias in this case due to the nature of the case.

I have reason to believe holding a non jury trial was not in the best interest of Mitchell David Schlote, was not in the best interest of Justice, nor was within due process of law.

I have reason to believe the Iowa District Court for Wapello County willfully deprived Mitchell Schlote of life, liberty, property, and safety in a matter where the court could have taken action to find out who rear ended me 4 times and who attempted to take his life.

I am 36 years old and have worked most of my life. I have paid taxes for several years. I believe it's taxation without representation of the founding documents of our country both the U.S. Constitution (Bill of Rights) and the Declaration of Independence when the courts deny my rights contained in the Constitution.

I would like to file a follow up petition for just compensation from the individuals listed. I am also following up with the United States Supreme Court for compensation from the organizations listed.

## CONCLUSION

The petition for writ of certiorari should be granted.

Respectfully filed by, Mitchell David Schlote

Date: April 30th, 2026

16

**RECEIVED**

MAY 0 4 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

No. _____.

IN THE
UNITED STATES SOUTHERN DISTRICT COURT FOR IOWA

Petition of Proof of Service

Mitchell David Schlote - PETITIONER

v.

STATE OF IOWA -  RESPONDENT(S)

Et al
  Iowa Department of Public Safety's Open Records Custodian
    Nicole Schwalbach
  Iowa Department of Public Safety-Iowa State Patrol
    Sergeant Ryan Dolf
    Trooper Brian Meislahn
  Wapello County
   Wapello County District/Magistrate Court
    Judge Susan Cole
    Judge Misty White
    Judge Micheal Fisher
    Judge Ryan Mitchell
    Judge Sarah Wenke
    Wapello County Clerk of Court
   Wapello County Sheriff's Department
    Deputy Miguel Torres
    Deputy Joshua Kobes
    Dispatcher Brian Major
   Wapello County Attorney's Office
    Attorney Bryce Uhlenberg
    Assistant County Attorney Kevin Reisetter
  Progressive Insurance Company
    Heather L. Durbin
    Janelle Mundt
    Cara Schwartz

I, Mitchell David Schlote, am filing this petition of proof of service. I, Mitchell David Schlote do declare under penalty of perjury  that I served the petition to the above mentioned parties and every other person required to be served by depositing each of them and with first class postage prepaid or electronically delivered.

Executed on April 30th , 2026

Mitchell David Schlote.

Mitchell Schlote
526 North Green St.
Ottumwa IA 52501



United States District Court
for the Southern District for Iowa
123 E Walnut St.
Des Moines IA 50309

"X-RAYED & CLEARED BY U.S.M.S.      JCS